**DENY and Opinion Filed June 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00542-CV

## IN RE CHRISTOPHER PITTS AND CHRISTINA PITTS, Relators

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-20-02155-A**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

In their June 3, 2022 petition for writ of mandamus, relators seek a writ of mandamus compelling the trial court to withdraw its version of the proposed special needs trust and enter settlement based on the parties' papers.

Entitlement to mandamus relief generally requires: a legal duty to perform a non-discretionary act; a demand for performance; and a refusal. *In re Cullar*, 320 S.W.3d 560, 564 (Tex. App.—Dallas 2010, orig. proceeding). Here, the record does not show that a demand was made to the trial court to withdraw its version of the trust—the act relators request this Court to compel. The record also does not show that relators raised their argument that the trial court abused its discretion by preparing its own version of the trust. *See In re Rowes*, No. 05-14-00606-CV, 2014

WL 2452723, at *1 (Tex. App.—Dallas May 30, 2014, orig. proceeding) (mem. op.) (noting that "[a] court cannot grant mandamus relief unless the error was raised in the trial court," and that a party seeking mandamus "must direct the Court to where the argument was presented to the trial court").

Accordingly, we deny the petition for writ of mandamus based on relators' failure to satisfy the demand requirement for mandamus relief. Having denied the petition, we also deny relators' June 8, 2022 motion to expedite as moot.

220542f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE